UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA, : CRIMINAL NO. 2:14-CR-553-01

v.

SAMUEL COHEN

Defendant

## ORDER PERMITTING DEPOSIT OF FUNDS PRIOR TO SENTENCING

This matter having come before the Court upon its own motion and due consideration, and with consent of both counsel for the United States of America and for the Defendant, SAMUEL COHEN,

IT IS, on this 13th day of March, 2015,

**ORDERED THAT** the Clerk of the United States District Court for the District of New Jersey is hereby authorized to deposit monies from or on behalf of the Defendant, SAMUEL COHEN, into the Court's registry, pending further order this case.

_____
U.S.D.J.